AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN JOSEPH RYAN

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-3013-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED with prejudice as improperly filed under 28 U.S.C. 2241 and untimely under 28 U.S.C. 2255. The District Court Executive is directed to enter this order, enter judgment, forward copy to Petitioner, and close the file.

JUL 0 5 2007
Date

JAMES R. LARSEN
Clerk
s/ Cheryl Switzer
(By) Deputy Clerk
Cheryl Switzer